227 So.2d 589

**Mrs. Elsie G. KUHN, Widow**

v.

**Mrs. Denise OULLIBER and Sun Insurance Office, Ltd.**

**No. 50082.**

Nov. 10, 1969.

In re: Mrs. Elsie G. Kuhn, widow applying for writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 317.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

■

227 So.2d 589

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

v.

**Marcelle COLOMB.**

**No. 50084.**

Nov. 10, 1969.

In re: State of Louisiana, through the Department of Highways applying for cer-tiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 225 So.2d 280.

Writ refused. On the facts found by the Court of Appeal the result is correct.

FOURNET, C. J., and BARHAM, and McCALEB, JJ., are of the opinion a writ should be granted in this case.